# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ANN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:22-cv-00429-DAD-BAK (BAM)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 8)<br><br>ORDER DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER |

Plaintiff Stacy Ann Wilson, through counsel, initiated this action seeking judicial review of the final decision of the Social Security Commissioner denying her application for benefits under the Social Security Act on April 12, 2022.  (Doc. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2.)

On May 6, 2022, the Court denied Plaintiff's motion to proceed *in forma pauperis* and directed Plaintiff to pay the $402.00 filing fee in full within thirty (30) days in order to proceed with this action or face dismissal without prejudice to refiling upon payment of the filing fee.  (Doc. 7.)  When Plaintiff failed to pay the filing fee, the Court issued an order to show cause and directed Plaintiff to pay the filing fee for this action or face a recommendation for dismissal without prejudice.  (Doc. 8.)  On June 27, 2022, Plaintiff paid the filing fee for this action.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Order to Show Cause issued on June 13, 2022, (Doc. 8), is DISCHARGED;
2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order; and
3. The Clerk of the Court is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:  **June 28, 2022**           /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2