UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ANN WILSON,<br><br>            Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | No.  1:22-cv-00429-ADA-CDB (SS)<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(ECF No. 23) |

      Plaintiff Stacy Ann Wilson and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on April 14, 2023.  (ECF No. 23.)  They agree that, on remand, "the Commissioner will offer Plaintiff an opportunity for a new hearing, develop the record as necessary, consider all pertinent issues de novo, and issue a new decision."  (*Id.* at 1.)  The parties further stipulate that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  (*Id.*)

      Accordingly,

      1.    The stipulation of the parties, (ECF No. 23), is granted;

      2.    The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

3. Plaintiff's pending motion for summary judgment, (ECF No. 21), is terminated as moot; and

3. The Clerk of Court is directed to enter judgment in favor of Stacy Ann Wilson and against Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   April 26, 2023

UNITED STATES DISTRICT JUDGE

2